UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEYBANK NATIONAL ASSOCIATION,

                Plaintiff,

v.

YOEL DEEN, CHAIYA DEEN, NANCY LANE, LLC, and JOHN DOE DEFENDANTS 1–20,

                Defendants.

**ORDER**

21 Civ. 8509 (ER)

RAMOS, D.J.

On October 15, 2021, KeyBank National Association ("KeyBank") filed a complaint against Yoel Deen, Chaiya Deen, Nancy Lane, LLC, and John Doe Defendants 1–20.  Doc. 1.

To date, KeyBank has filed no proof of service on any of the defendants.  Accordingly, this action will be dismissed without prejudice unless KeyBank, no later than April 19, 2022, either (1) files proof of service, or (2) shows cause in writing why a further extension of the time limit for service is warranted.  *See* Fed. R. Civ. P. 4(m).

It is SO ORDERED.

Dated: April 12, 2022
       New York, New York

                                                  Edgardo Ramos, U.S.D.J.