UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEYBANK NATIONAL ASSOCIATION,

                Plaintiff,

– against –

YOEL DEEN, CHAIYA DEEN, NANCY LANE, LLC, and JOHN DOE DEFENDANTS 1-20,

                Defendants.

**ORDER**

21-cv-8509 (ER)

Ramos, D.J.:

    On June 8, 2023, the Court mistakenly indicated that KeyBank's reply brief in further support of its motion for summary judgment, Doc. 34, is due on August 21, 2023, *see* Min. Entry dated June 8, 2023. The Court clarifies the briefing schedule as follows:

- The opposition to the motion is due on August 17, 2023.
- The reply in further support of the motion is due on **August 31**, 2023.

SO ORDERED.

Dated: July 21, 2023
         New York, New York

                                        EDGARDO RAMOS, U.S.D.J.