UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEYBANK NATIONAL ASSOCIATION,<br><br>                    Plaintiff,<br><br>– *against* –<br><br>YOEL DEEN, CHAIYA DEEN, NANCY LANE, LLC, and JOHN DOE DEFENDANTS 1-20,<br><br>                    Defendants. | **ORDER**<br><br>21-cv-8509 (ER) |

Ramos, D.J.:

On July 21, 2023, the Court entered a scheduling order directing the response to Plaintiff's motion for summary judgment to be filed by August 17, 2023, and the reply to be filed by August 31, 2023.  Doc. 38.  Neither has been filed yet.  Defendants are directed to file their response by October 10, 2023, or the motion will be deemed unopposed.

SO ORDERED.

Dated:   October 2, 2023
         New York, New York

_____
Edgardo Ramos, U.S.D.J.