UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEYBANK NATIONAL ASSOCIATION,<br><br>      Plaintiff,<br><br>  – against –<br><br>YOEL DEEN, CHAIYA DEEN, NANCY LANE, LLC, and JOHN DOE DEFENDANTS 1-20,<br><br>      Defendants. | **ORDER**<br><br>21-cv-8509 (ER) |

Ramos, D.J.:

  On October 9, 2023, Defendants filed their response to Plaintiff's motion for summary judgment. Doc. 40. Plaintiff shall file any reply by October 24, 2023.

  SO ORDERED.

Dated: October 10, 2023
     New York, New York

                     EDGARDO RAMOS, U.S.D.J.