UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEYBANK NATIONAL ASSOCIATION,

                    Plaintiff,

– against –

YOEL DEEN, CHAIYA DEEN, NANCY LANE, LLC, and JOHN DOE DEFENDANTS 1-20,

                    Defendants.

**ORDER**

21-cv-8509 (ER)

Ramos, D.J.:

      The conference scheduled for March 22, 2024, at 11:00 a.m. is adjourned to March 27, 2024, at 10:30 a.m. at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 619.

      SO ORDERED.

Dated:   March 19, 2024
           New York, New York

                                        EDGARDO RAMOS, U.S.D.J.