UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEYBANK NATIONAL ASSOCIATION,

                Plaintiff,

– against –

YOEL DEEN, CHAIYA DEEN, NANCY LANE, LLC, and JOHN DOE DEFENDANTS 1-20,

                Defendants.

**ORDER**

21-cv-8509 (ER)

Ramos, D.J.:

    A bench trial in this matter is scheduled to begin on June 10, 2024. By May 31, 2024, the parties shall submit a status update advising the Court whether they are prepared to proceed with the trial. If the parties do intend to proceed, they must comply with the pretrial procedures that are set out in section 4 of the undersigned's individual practices.

    SO ORDERED.

Dated:  May 29, 2024
          New York, New York

                                              EDGARDO RAMOS, U.S.D.J.